IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES SHAY                                                                PLAINTIFF

v.                              No. 3:22-cv-78-DPM

FUTUREFUEL CHEMICAL COMPANY                              DEFENDANT

JUDGMENT

Shay's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 July 2022